IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAHMAL GRAY,

                              Petitioner,                                    ORDER

          v.
                                                                         16-cv-203-jdp
T. KROGER,

                              Respondent.

---

Pro se petitioner Jahmal Gray is in the custody of the federal Bureau of Prisons, incarcerated at FCI-Oxford. He petitioned this court for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241. Respondent T. Kroger moved to dismiss the petition, contending that petitioner failed to exhaust his administrative remedies. Dkt. 9. Petitioner's opposition to this motion was due on July 14, 2016. A week after the deadline, when petitioner had not filed an opposition, I issued a text-only order extending petitioner's deadline to August 4, 2016. Dkt. 12. I indicated that if petitioner did not meet this deadline, then I would dismiss his case for failure to prosecute it. *Id.* Petitioner still has not opposed respondent's motion.

Accordingly, IT IS ORDERED that:

1. Pursuant to Federal Rule of Civil Procedure 41(b), this case is dismissed, without prejudice, for petitioner Jahmal Gray's failure to prosecute it.

2. The clerk of court is directed to send a copy of this order to petitioner and close this case.

Entered August 9, 2016.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge