IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAHMAL GRAY,

    Petitioner,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

  v.　　　　　　　　　　　　　　　　Case No.  16-cv-203-jdp

T. KROGER,

    Respondent.

This action came before the court for consideration with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to Federal Rule of Civil Procedure 41(b) dismissing this case without prejudice for petitioner Jahmal Gray's failure to prosecute it.

| /s/ | 8/9/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |